CLEWS, Appellant, v. UNION BAG & PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Jabez Clews, as administra-

tor, etc., against the Union Bag & Paper Company. No opinion. Order affirmed, with $10 costs and disbursements.